## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DISTRICT OF COLUMBIA<br>A municipal corporation,<br>1350 Pennsylvania Avenue, N.W., Suite 409<br>Washington, DC  20004<br><br>          Plaintiff<br><br>TELMA AND JUAN FRANCISCO LAZO<br>710 Jefferson Street, N.W., Apt. B-2<br>Washington, DC  20011<br><br>VICENTE LAZO<br>710 Jefferson Street, N.W., Apt. B-1<br>Washington, DC  20011<br><br>CARMEN CARABALI<br>710 Jefferson Street, N.W., Apt. 10<br>Washington, DC  20011<br><br>GUADALUPE VASQUEZ RIVERA<br>710 Jefferson Street, N.W., Apt. 11<br>Washington, DC  20011<br><br>ERMITANIA DE LEON REYES<br>710 Jefferson Street, N.W., Apt. 12<br>Washington, DC  20011<br><br>JOSE BONILLA<br>710 Jefferson Street, N.W., Apt. 13<br>Washington, DC  20011<br><br>ERNESTIA GOMEZ<br>710 Jefferson Street, N.W., Apt. 23<br>Washington, DC  20011<br><br>MARIA AND MARIANO PONCE<br>710 Jefferson Street, N.W., Apt. 30<br>Washington, DC  20011<br><br>DINORA E. MEJIA<br>710 Jefferson Street, N.W., Apt. 31<br>Washington, DC  20011 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DC1 30162948.1

| | |
|---|---|
| EQUAL RIGHTS CENTER<br>11 DuPont Circle, NW, Suite 400<br>Washington, DC 20009<br><br>   Plaintiff Intervenors,<br><br>vs.<br><br>STEVEN LONEY and<br>CAROLINE CHARLES<br>1434 Somerset Place, N.W., Suite 204<br>Washington, DC  20011<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

To: United States District Court
   for the District of Columbia

  The Clerk Of The Superior Court Of The District Of Columbia

  All Counsel for Plaintiff and Plaintiff Intervenors

  PLEASE TAKE NOTICE that on the 22nd day of March, 2006, Defendants Steven Loney and Caroline Charles ("Defendants"), by and through counsel, hereby remove this civil action from the Superior Court Of The District Of Columbia pursuant to 28 U.S.C. §§ 1331, 1441 and 1446. The grounds for this removal are as follows:

  1. On or about January 12, 2006, Plaintiff The District of Columbia ("Plaintiff") filed a civil action now pending in the Superior Court Of The District Of Columbia entitled <u>The District of Columbia v. Steven Loney and Caroline Charles</u>, Civil Action No. 06-0000162. In its Complaint, Plaintiff alleges that Defendants Loney and Charles, owners of an apartment building located at 710 Jefferson Street, N.W., Washington, D.C., violated the D.C. Human Rights Act, D.C. Official Code § 2-1402.21, by discriminating against several of their tenants on the basis of national origin.

2

2. On February 17, 2006, tenants of 710 Jefferson Street, N.W., as outlined in the caption above, and the Equal Rights Center ("Plaintiff-Intervenors") moved to intervene, alleging that Defendants' allegedly discriminatory conduct violated the Fair Housing Act, 42 U.S.C. § 3601 et seq. and the D.C. Human Rights Act, D.C. Official Code § 2-1402 et seq. Plaintiff voluntarily consented to the Plaintiff-Intervenor's motion to intervene and subsequent intervention in the case. On February 21, 2006, the Superior Court Of The District Of Columbia granted the motion for intervention and accepted for filing the Plaintiff Intervenors' Complaint in Intervention.

3. On March 9, 2006, Defendants Loney and Charles were served with the Complaint in Intervention.

4. Plaintiff's Summons and Complaint were served on Defendants on March 15, 2006 (Plaintiff Intervenors' Complaint in Intervention and the Plaiitff's Complaint, hereinafter, the "Complaint").

## NOTICE OF REMOVAL IS TIMELY

5. Defendants file this Notice within the 30-day time period prescribed in 28 U.S.C. § 1446(b) and 28 U.S.C. § 1441(b) in which to remove a case based on original jurisdiction. The Notice of Removal is timely.

6. Pursuant to 28 U.S.C. § 1446(a), Defendants have attached "a copy of all process pleadings, and orders served upon such defendant or defendants in such action" as Exhibit 1.

## JURISDICTION

7. This Court has original jurisdiction over this action under 28 U.S.C. § 1331 as the action is based on a law of the United States, the Fair Housing Act, 42 U.S.C. § 3601 et seq. Therefore, this case is properly removable to this Court under 28 U.S.C. § 1441(b). See Bazzone

v. Nationwide Mut., 123 F.3d 503, 504 (3d Cir. 2005) ("We have federal question jurisdiction because [plaintiff] advances a claim for violations of the Fair Housing Act, 42 U.S.C. § 3604").

8. Beyond this, jurisdiction is proper over the state law claim under 28 U.S.C. § 1367(a). The action includes one state law cause of action under District of Columbia Human Rights Act. This action implicates the identical factual background that supports its claim under federal law, namely whether Defendants, through their actions and statements, violated the rights of tenants residing at 710 Jefferson Street, N.W. on the basis of national origin. Where, as here, "federal and state claims involve a common set of operative facts," the federal court should exercise pendent jurisdiction over the state law claims. Bacardi v. Bacardi Corp., 677 F. Supp. 253, 256 (D. Del. 1988). Judicial economy and convenience, state and federal, and a conscious regard for the ultimate interest of the litigants, counsel strongly in favor of retention. Newport Limited v. Sears, Roebuck and Co., 941 F.2d 302, 307 (5th Cir. 1991).

## REMOVAL TO THIS DISTRICT

9. Removal venue exists in the United States District Court for the District of Columbia, because the Superior Court of the District of Columbia, Civil Division, is within the District of the District of Columbia.

10. Written notice of the filing of this Notice of Removal will be promptly served on the attorneys for Plaintiff and Plaintiff-Intervenors, and a copy filed with the Clerk of the Superior Court for the District of Columbia, Civil Division. See 28 U.S.C. § 1446(d). A copy of the Notice of Filing of Notice of Removal to Federal Court is attached as Exhibit 2.

11. Defendants reserve all defenses, including, without limitation, the defense of insufficiency of service of process.

12. Defendants reserve the right to amend or supplement this Notice of Removal.

WHEREFORE, Defendants Steven Loney and Caroline Charles give notice that the matter captioned *District of Columbia v. Steven Loney and Caroline Charles*, Civil Action No. 06-0000162 is removed to the United States District Court for the District of Columbia, and request that this Court retain jurisdiction for all further proceedings.

>Respectfully submitted,
>
>STEVEN LONEY and CAROLINE CHARLES
>
>By: _____
>David M. Burns, Esq., Bar No. 466167
>SEYFARTH SHAW LLP
>815 Connecticut Avenue, N.W., Suite 500
>Washington, DC 20006-4004
>(202) 463-2400
>(202) 828-5393 (fax)
>
>Alan L. Balaran, Esq., Bar No. 438709
>Law Office of Alan Balaran, PLLC
>1717 Pennsylvania Ave., NW
>Thirteenth Floor
>Washington, DC 20006
>Tel: (202) 462-5010
>Fax: (202) 986-8477

Dated: March 22, 2006                         Attorneys for Defendants

DC1 30162948.1

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Notice of Removal was served by first class mail, postage prepaid, this 22nd day of March, 2006 on:

>Robert J. Spagnoletti, Esq.
>David M. Rubenstein, Esq.
>Brenda Walls, Esq.
>Joel D. Armstrong, Esq.
>Suite 450-North
>441 4th Street, NW
>Washington, DC 20001
>
>Craig Holman, Esq.
>Cecily E. Baskir, Esq.
>Holland & Knight LLP
>2099 Pennsylvania Ave., NW
>Suite 100
>Washington, DC 20006
>
>Isabelle M. Thabault, Esq.
>Eliza Platts-Mills, Esq.
>Washington Lawyers' Committee For
>  Civil Rights & Urban Affairs
>11 DuPont Circle, NW, Suite 400
>Washington, DC 20037-1128

_____
David M. Burns

I further certify that I promptly will cause a copy of this Notice of Removal to be filed with the Clerk of the Superior Court Of The District Of Columbia in accordance with 28 U.S.C. § 1446(d).

_____
David M. Burns

DC1 30162948.1