SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

THE DISTRICT OF COLUMBIA, )
a municipal corporation )
1350 Pennsylvania Avenue, NW, Suite 409 )
Washington, DC 20004, )
                                        )
      Plaintiff, )
                                        )
  v. )
                                        )
STEVEN LONEY and )
CAROLINE CHARLES )
1434 Somerset Place, NW, Suite 304 )
Washington, DC 20011, )
                                        )
     Defendants. )
                                        )



06-0000162
Civil No.
Calendar No.
Judge:

## COMPLAINT
(Violation of District of Columbia Human Rights Act----Housing Discrimination)

### Jurisdiction

1. Jurisdiction and authority of this Honorable Court to grant the requested relief is founded on D.C. Official Code § 11-921 (2001), which provides that the Superior Court of the District of Columbia may adjudicate any civil action at law or in equity brought in the District of Columbia, and D.C. Official Code § 2-1403.05 (g) (2001).

### Parties

2. Plaintiff the District of Columbia (the "District") is a municipal corporation created by an Act of Congress, capable of suing and being sued. D.C. Official Code § 1-102 (2001). This action is brought by the District on behalf of Vincente Lazo, Juan Francisco Lazo, Carmen Carabali, Guadalupe Vasquez Rivera, Ermitania De Leon Reyes, Jose Reyes, Telma Lazo, Jose Bonilla, Ernestina Gomez, Maria Ponce, Mariano Ponce, Dinora E. Mejia (hereinafter referred to collectively as

"Complainants"), residents of the District, and the Equal Rights Center (hereinafter referred to as "ERC"), a not-for-profit fair housing organization doing business in the District and committed to identifying, challenging, and eliminating discrimination in housing through education, research, testing, counseling, enforcement, and advocacy, pursuant to D.C. Official Code § 2-1403.05 (g) of the District of Columbia Human Rights Act of 1977, as amended, D.C. Official Code § 2-1401 et seq. (2001).

3. Defendants Steven Loney and Caroline Charles (hereinafter referred to as "Defendants") are co-owners of rental property located in the District at 710 Jefferson Street, N.W., Washington, DC 20011 ("rental property").

## Facts

4. In June 2004, the Defendants acquired a property located at 710 Jefferson Street, NW, Washington, DC 20011.

5. The Defendants were owners and/or managers of the property located at 710 Jefferson Street, NW, Washington, DC 20011 at all relevant times in this matter.

6. The property located at 710 Jefferson Street, NW, Washington, DC 20011 is residential real estate, consisting of eleven (11) one-bedroom apartments and three (3) two-bedroom apartments.

7. On or about June 28, 2004, the Defendants posted a notice in 710 Jefferson Street, NW, Washington, DC 20011 that stated, "Representatives from the Immigration & Naturalization Department would be soon conducting interviews in the building."

8. The Defendants posted the notice with the intent to harass or intimidate the people of El Salvadorian national origin, who lived in a majority of the apartments at the rental property.

9. The notice posted by the Defendants had the effect of harassing or intimidating the people of El Salvadorian national origin, who lived in a majority of the apartments at the rental property.

10. As a result of the Defendants' actions, the Complainants suffered embarrassment, humiliation, pain, suffering, physical distress, emotional distress, and economic loss.

11. On or about November 16, 2004, the Complainants filed timely complaints with the District of Columbia Office of Human Rights ("OHR") alleging that the Defendants discriminated against them based upon their national origin.

12. On or about November 16, 2004, the ERC filed timely complaints with the OHR alleging that as a result of the Defendants' actions it expended hours conducting complaint intakes, general investigation, community outreach and education, and assisting with the Complainants with filing complaints in the OHR.

13. The Defendants' actions resulted in a frustration of ERC's mission and the diversion of its resources.

14. During the course of OHR's investigation, the Defendants admitted that they posted a notice that stated, "Representatives from the Immigration & Naturalization Department would be soon conducting interviews in the building."

3

15. Based upon the information gathered in the investigation, OHR, pursuant to D.C. Official Code § 2-1403 (b), determined that probable cause existed to believe that the discriminatory housing practices alleged by the Complainants and ERC had occurred.

16. Pursuant to D.C. Official Code § 2-140305 (f)(1), the Complainants and ERC made timely elections to have a civil action filed on their behalf in the Superior Court of the District of Columbia.

17. The Director of OHR, pursuant to D.C. Official Code § 2-1403.05 (g), authorized the Office of the Attorney General for the District of Columbia to file this action.

**Count 1**

Unlawful Housing Discrimination

18. The allegations of paragraph 1-17 are incorporated here by reference.

19. The Defendants actions described above discriminate on the basis of national origin, in violation of D.C. Official Code § 2-1402.21.

20. As a result of the Defendants actions, the tenants and the ERC have suffered damages.

WHEREFORE, the District prays that this Honorable Court enter an Order that:

1. Declares that the discriminatory housing practices of the Defendants, as set forth above, violated the District of Columbia Human Rights Act of 1977, as amended D.C. Official Code § 2-1401 et seq. (2001);

2. Enjoins the Defendants, their agents, employees, or successors, and all other persons in active concert or participation with any of them, from discriminating on the basis of race or national origin in any aspect of the lease or occupancy of a dwelling;

4

3. Requires the Defendants to attend fair housing training and adopt a written policy stating that the Defendants comply with the Fair Housing Act and the D.C. Human Rights Act, and specifically do not discriminate on the basis of race or national origin;

5. Awards such damages as will fully compensate the tenants and the Equal Rights Center for injuries caused by the Defendants' discriminatory conduct, pursuant to D.C. Official Code §§ 2-1403.07 and 2-1403.13(a), including but not limited to, damages for pain, suffering, embarrassment, humiliation, civil penalties, diversion of resources, frustration of mission, and attorney fees.

6. Grants such other relief as the interests of justice may require together with the cost and disbursements of this action.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

DAVID M. RUBENSTEIN
Deputy Attorney General, Public Safety Division

_____
BRENDA WALLS
Bar No. 370940
Chief, Civil Enforcement Section

_____
JOEL D. ARMSTRONG
Assistant Attorney General
Bar No. 467113
Suite 450-North
441 4th Street, N.W.
Washington, D.C. 20001
(202) 727-6211
(202) 727-6546 (fax)
Email: joel.armstrong@dc.gov

_(signature)_
WALTER ADAMS
Assistant Attorney General
Bar No. 459131
Suite 450-North
441 4th Street, N.W.
Washington, D.C. 20001
(202) 727-6262
(202) 727-6546 (fax)
Email: walter.adams@dc.gov

Attorneys for District of Columbia

### VERIFICATION

DISTRICT OF COLUMBIA, ss:

I, Kenneth L. Saunders, Director of the Office of Human Rights for the District of Columbia, being duly sworn, depose and say that I have read the foregoing Complaint and that the contents thereof are just and true statements of the facts surrounding the complained-of-incidents and the resulting damages, to the best of my knowledge, information, and belief.

_(signature)_
Kenneth L. Saunders
Director
Office of Human Rights

Signed and sworn to before me this 9th day of January, 2006.

_(signature)_
Notary Public

My Commission Expires _____.
Haydn Demas
Notary Public, District of Columbia
My Commission Expires 12-14-2008



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

THE DISTRICT OF COLUMBIA
Vs.
STEVEN LONEY

C.A. No.    2006 CA 000162 B

## INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued **by the judge** to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(o).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive reading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge as an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Civil Assignment Office (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge NEAL E. KRAVITZ
Date: January 12, 2006
Initial Conference: 9:30 am, Friday, April 14, 2006
Location: Courtroom 415
          500 Indiana Avenue N.W.
          WASHINGTON, DC 20001

Caio.doc

CA Form 1

# Superior Court of the District of Columbia
### CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001  Telephone: 879-1133

_____
_____
_____
                    *Plaintiff*

vs.

_____
_____
_____
                   *Defendant*

**06-0000162**
Civil Action No. _____

**SUMMONS**

To the above named Defendant:   STEVEN LONEY

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Clerk of the Court

Name of Plaintiff's Attorney
_____
Address
_____
_____
Telephone

By _____
                  Deputy Clerk

Date  JAN 12 2006

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.