SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

THE DISTRICT OF COLUMBIA,
A municipal corporation,
1350 Pennsylvania Avenue, NW, Suite 409
Washington, DC 20004,

    Plaintiff,

    v.

STEVEN LONEY and
CAROLINE CHARLES,
1434 Somerset Place, N.W.
Suite 204
Washington, D.C. 20011

    Defendants.

Civil No. 06-0000162

RECEIVED
CIVIL CLERK'S OFFICE
FEB 1 7 2006
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

## CONSENT MOTION TO INTERVENE AS PLAINTIFFS

Pursuant to D.C. Superior Court Rule 24, Telma Lazo, Juan Francisco Lazo, Vicente Lazo, Carmen Carabali, Guadalupe Vasquez Rivera, Ermitania de Leon Reyes, Jose Bonilla, Ernestina Gomez, Maria Ponce, Mariano Ponce, Dinora Mejia, and the Equal Rights Center (hereinafter "Plaintiff Intervenors"), through counsel, hereby move for leave to intervene as Plaintiffs in this action. In support thereof, Plaintiff Intervenors state as follows:

1. As aggrieved parties and complainants before the D.C. Office of Human Rights, Plaintiff Intervenors have an unconditional right to intervene conferred by D.C. Code § 2-1403.05(g).

2. Plaintiff Intervenors have conferred with all parties pursuant to Superior Court Rule 12-I(a), and Plaintiff District of Columbia and Defendants Steven Loney and Caroline Charles consent to this motion.

Dated: February 16, 2006

Respectfully submitted,

Craig A. Holman (D.C. Bar No. 447852)
Cecily E. Baskir (D.C. Bar No. 485923)
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, DC 20006
(202) 955-3000 (phone)
(202) 955-5564 (facsimile)

Isabelle M. Thabault (D.C. Bar No. 318931)
Eliza Platts-Mills (D.C. Bar No. 466453)
WASHINGTON LAWYERS' COMMITTEE FOR
    CIVIL RIGHTS & URBAN AFFAIRS
Washington, D.C. 20037-1128
11 Dupont Circle, N.W., Suite 400
(202) 319-1000 (phone)
(202) 319-1010 (facsimile)

**ATTORNEYS FOR PLAINTIFF INTERVENORS**