SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **DISTRICT OF COLUMBIA,**<br>   Plaintiff | )<br>)<br>) |
| v. | ) Case No. 06CA162<br>) Calendar 7 |
| **STEVEN LONEY, et al.,**<br>   Defendants | ) Judge Kravitz<br>)<br>) |

## ORDER GRANTING CONSENT MOTION TO INTERVENE AS PLAINTIFFS

Upon consideration of the consent motion for leave to intervene as plaintiffs filed by Telma Lazo, Juan Francisco Lazo, Vicente Lazo, Carmen Carabali, Guadalupe Vasquez Rivera, Ermitania de Leon Reyes, Jose Bonilla, Ernestina Gomez, Maria Ponce, Mariano Ponce, Dinora Mejia, and the Equal Rights Center, and in accordance with Rule 24 of the Superior Court Rules of Civil Procedure, it is this 21 day of February 2006

**ORDERED** that the motion is **GRANTED**. It is further

**ORDERED** that the "complaint in intervention" appended to the intervenors' motion shall be accepted for filing as of the date on which this order is docketed.

DOCKETED In Chambers FEB 2 1 2006
MAILED From Chambers FEB 2 1 2006

Neal E. Kravitz, Associate Judge
(Signed in Chambers)

