IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| THE DISTRICT OF COLUMBIA, ET AL. ) <br> ) <br> Plaintiff & Plaintiff Intervenors, ) <br> ) <br> v. ) <br> ) <br> STEVEN LONEY and ) <br> CAROLINE CHARLES ) <br> ) <br> Defendants. ) <br> _____ ) | Civil Action No. 06-0000162 <br> Calendar # 7 <br> Judge Neal E. Kravitz <br> Next Event:   Initial Conference <br>                         April 14, 2006 |

**NOTICE OF FILING OF NOTICE OF REMOVAL TO**
**THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

To:    The Clerk Of The Superior Court Of The District Of Columbia

       All Counsel for Plaintiff and Plaintiff Intervenors

       PLEASE TAKE NOTICE that on the 22nd day of March, 2006, Defendants Steven Loney and Caroline Charles, by and through counsel, filed their Notice of Removal of this action to the United States District Court for the District of Columbia. A true copy of the Notice of Removal is attached hereto as Exhibit A.

DC1 30162948.1

Pursuant to 28 U.S.C. § 1446(d), the Superior Court Of The District Of Columbia may not proceed further with this matter at this time.

Respectfully submitted,

STEVEN LONEY and CAROLINE CHARLES

By: _____
David M. Burns, Esq., Bar No. 466167
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W., Suite 500
Washington, DC 20006-4004
(202) 463-2400
(202) 828-5393 (fax)

Alan L. Balaran, Esq., Bar No. 438709
Law Office of Alan Balaran, PLLC
1717 Pennsylvania Ave., NW
Thirteenth Floor
Washington, DC 20006
Tel:  (202) 462-5010
Fax: (202) 986-8477
Attorneys for Defendants

Dated: March 22, 2006

DC1 30162948.1

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Notice Of Filing Of Notice Of Removal To The United States District Court For The District Of Columbia was served by first class mail, postage prepaid, this 22nd day of March, 2006 on:

>Robert J. Spagnoletti, Esq.
>David M. Rubenstein, Esq.
>Brenda Walls, Esq.
>Joel D. Armstrong, Esq.
>Suite 450-North
>441 4th Street, NW
>Washington, DC 20001
>
>Craig Holman, Esq.
>Cecily E. Baskir, Esq.
>Holland & Knight LLP
>2099 Pennsylvania Ave., NW
>Suite 100
>Washington, DC 20006
>
>Isabelle M. Thabault, Esq.
>Eliza Platts-Mills, Esq.
>Washington Lawyers' Committee For
> Civil Rights & Urban Affairs
>11 DuPont Circle, NW, Suite 400
>Washington, DC 20037-1128

_____
David M. Burns