IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DISTRICT OF COLUMBIA, ET AL. )<br>)<br>  Plaintiff & Plaintiff Intervenors )<br>)<br>v. )<br>)<br>STEVEN LONEY and )<br>CAROLINE CHARLES )<br>)<br>  Defendants. )<br>_____ ) | Civil Action No. 1:06-cv-00546-EGS |

### ENTRY OF APPEARANCE OF ALAN L. BALARAN

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Alan L. Balaran as counsel in this case for Defendants Steven Loney and Caroline Charles.

                                          Respectfully submitted,

                                        STEVEN LONEY and CAROLINE CHARLES

                                        By: _____/s/_____
                                            Alan L. Balaran, Esq., Bar No. 438709
                                            Law Office of Alan Balaran, PLLC
                                            1717 Pennsylvania Ave., NW
                                            Thirteenth Floor
                                            Washington, DC 20006
                                            Tel:  (202) 462-5010
                                            Fax: (202) 986-8477

                                            David M. Burns, Esq., Bar No. 466167
                                            SEYFARTH SHAW LLP
                                            815 Connecticut Avenue, N.W., Suite 500
                                            Washington, DC 20006-4004
                                            (202) 463-2400
                                            (202) 828-5393 (fax)

Dated: March 24, 2006                            Attorneys for Defendants