UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DISTRICT OF COLUMBIA,         )<br>                                                        )<br>          Plaintiff,                               )<br>                                                        )<br>          -and-                                    )<br>                                                        )<br>TELMA LAZO, ET AL.,                   )<br>                                                        )<br>          Plaintiff Intervenors,            )<br>v.                                                     )<br>                                                        )<br>STEVEN LONEY and                      )<br>CAROLINE CHARLES,                  )<br>                                                        )<br>          Defendants.                         )<br>_____)  | Case No. 1:06-cv-00546-EGS |

**CONSENT MOTION FOR AN EXTENSION OF TIME
FOR DEFENDANTS TO ANSWER PLAINTIFF'S COMPLAINT**

Defendants Steven Loney and Caroline Charles, by undersigned counsel, with the consent of Plaintiff The District Of Columbia's counsel and pursuant to Federal Rule of Civil Procedure 6(b), respectfully move this Court to allow them an additional twenty (20) days -- until April 24, 2006 -- to answer Plaintiff's Complaint.  In support of this Motion, Defendants state as follows:

1.     Defendants' answer to Plaintiff's Complaint is currently due on April 4, 2006.

2.     Plaintiff and Defendants are engaged in settlement discussions.  Defendants expect that a final settlement will be reached and that Plaintiff's case will be voluntarily dismissed within the next one to two weeks.

3.     In order to facilitate the settlement, Defendants respectfully request an extension until April 24, 2006, to answer Plaintiff's Complaint.

2

4. Plaintiff's counsel consents to this extension of time.

5. The present request for extension is not made for the purpose of delay.

WHEREFORE, Defendants respectfully requests that this Court extend the time in which Defendants may file their answer to Plaintiff's Complaint until April 24, 2006.

                            Respectfully submitted,

                            STEVEN LONEY and CAROLINE CHARLES

By: _____/s/_____
Alan L. Balaran, Esq., Bar No. 438709
Law Office of Alan Balaran, PLLC
1717 Pennsylvania Ave., NW
Thirteenth Floor
Washington, DC 20006
Tel: (202) 466-5010
Fax: (202) 986-8477

David M. Burns, Esq., Bar No. 466167
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W., Suite 500
Washington, DC 20006-4004
(202) 463-2400
(202) 828-5393 (fax)

Dated: April 3, 2006               Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the foregoing Consent Motion For An Extension Of Time For Defendants To Answer Plaintiff's Complaint and proposed Order will be served via first-class mail, postage prepaid the 4th day of April 2006 on:

Robert J. Spagnoletti, Attorney General
David M. Rubinstein, Deputy Attorney General, Public Safety Division
Brenda Walls, Chief, Civil Enforcement Section
Joel D. Armstrong, Assistant Attorney General
Walter Adams, Assistant Attorney General
441 4th Street, NW, Suite 450N
Washington, DC 20001
*Attorneys for Plaintiff District of Columbia*

Craig A. Holman
Cecily E. Baskir
Holland & Knight LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006

Isabelle M. Thabault
Eliza Platts-Mills
Washington Lawyers' Committee for Civil Rights & Urban Affairs
11 Dupont Circle, NW, Suite 400
Washington, DC 20037-1128
*Attorneys for Plaintiff Intervenors*

                                                /s/
                                     David M. Burns