# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DISTRICT OF COLUMBIA, | ) |
|     Plaintiff, | ) |
|     -and- | ) |
| TELMA LAZO, ET AL., | ) Case No. 1:06-cv-00546-EGS |
|     Plaintiff Intervenors, | ) |
| v. | ) |
| STEVEN LONEY and CAROLINE CHARLES, | ) |
|     Defendants. | ) |

## **ORDER**

Upon consideration of the Consent Motion For An Extension Of Time For Defendants To Answer Plaintiff's Complaint, and for good cause shown, it is on this _____ day of _____, 2006,

ORDERED, that the motion is GRANTED, and it is further

ORDERED that Defendants shall have until April 24, 2006, to answer Plaintiff's Complaint.

SO ORDERED.

_____
The Honorable Emmet G. Sullivan

Copies to:

    David M. Rubinstein, Deputy Attorney General, Public Safety Division
    Brenda Walls, Chief, Civil Enforcement Section
    Joel D. Armstrong, Assistant Attorney General
    Walter Adams, Assistant Attorney General
    441 4th Street, NW, Suite 450N
    Washington, DC 20001

        *Attorneys for Plaintiff District of Columbia*


    Craig A. Holman
    Cecily E. Baskir
    Holland & Knight LLP
    2099 Pennsylvania Avenue, NW, Suite 100
    Washington, DC 20006

    Isabelle M. Thabault
    Eliza Platts-Mills
    Washington Lawyers' Committee for Civil Rights & Urban Affairs
    11 Dupont Circle, NW, Suite 400
    Washington, DC 20037-1128

        *Attorneys for Plaintiff Intervenors*


    Alan L. Balaran, Esq., Bar No. 438709
    Law Office of Alan Balaran, PLLC
    1717 Pennsylvania Ave., NW
    Thirteenth Floor
    Washington, DC 20006
    Tel:  (202) 466-5010
    Fax: (202) 986-8477

    David M. Burns, Esq., Bar No. 466167
    SEYFARTH SHAW LLP
    815 Connecticut Avenue, N.W., Suite 500
    Washington, DC 20006-4004
    (202) 463-2400
    (202) 828-5393 (fax)

        *Attorneys for Defendants*