UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| and | ) | Civil Action No. 06-546 (EGS) |
| | ) | |
| TELMA LAZO & JUAN FRANCISCO LAZO | ) | |
| 710 Jefferson Street, N.W. | ) | |
| Apartment B-2 | ) | |
| Washington, D.C. 20011, | ) | |
| | ) | |
| VICENTE LAZO | ) | |
| 710 Jefferson Street, N.W. | ) | |
| Apartment B-1 | ) | |
| Washington, D.C. 20011, | ) | |
| | ) | |
| GUADALUPE VASQUEZ RIVERA | ) | |
| 710 Jefferson Street, N.W. | ) | |
| Apartment 11 | ) | |
| Washington, D.C. 20011, | ) | |
| | ) | |
| ERMITANIA DE LEON REYES | ) | |
| 710 Jefferson Street, N.W. | ) | |
| Apartment 12 | ) | |
| Washington, D.C. 20011, | ) | |
| | ) | |
| JOSE BONILLA | ) | |
| 710 Jefferson Street, N.W. | ) | |
| Apartment 13 | ) | |
| Washington, D.C. 20011, | ) | |
| | ) | |
| ERNESTINA GOMEZ | ) | |
| 710 Jefferson Street, N.W. | ) | |
| Apartment 23 | ) | |
| Washington, D.C. 20011, | ) | |
| | ) | |
| CARMEN CARABALI | ) | |
| Regency House | ) | |
| 5201 Connecticut Avenue, N.W. | ) | |
| Apartment 608 | ) | |
| Washington, DC 20015, | ) | |

| | |
|---|---|
| MARIA & MARIANO PONCE<br>3320 Dodge Park Road<br>Hyattsville, MD 20785, | )<br>)<br>)<br>) |
| DINORA E. MEJIA<br>12915 Parkland Drive<br>Rockville, MD 20853, | )<br>)<br>)<br>) |
| and | )<br>) |
| THE EQUAL RIGHTS CENTER<br>11 Dupont Circle, N.W.<br>Washington, D.C. 20036, | )<br>)<br>)<br>) |
| Plaintiff-Intervenors | )<br>) |
| v. | )<br>) |
| STEVEN LONEY and CAROLINE CHARLES, | )<br>) |
| Defendants. | )<br>)<br>) |

## NOTICE OF ENTRY OF APPEARANCE

Holland & Knight LLP, by Craig A. Holman and Cecily E. Baskir, and the Washington Lawyers' Committee for Civil Rights and Urban Affairs, by Isabelle M. Thabault, hereby enter their appearance in the above-captioned action as co-counsel to Plaintiff-Intervenors Jose Bonilla, Carmen Carabali, Ernestina Gomez, Juan Francisco Lazo, Telma Lazo, Vicente Lazo, Dinora Mejia, Maria Ponce, Mariano Ponce, Ermitania de Leon Reyes, Guadalupe Vasquez Rivera, and the Equal Rights Center.

Dated: April 19, 2006

Respectfully submitted,

HOLLAND & KNIGHT LLP

____/s/_____

Craig A. Holman (D.C. Bar No. 447852)
Cecily E. Baskir (D.C. Bar No. 485923)
2099 Pennsylvania Ave., N.W., Suite 100
Washington, D.C.  20006
Tel: (202) 955-3000
Fax: (202) 955-5564


____/s/_____

Isabelle M. Thabault (D.C. Bar No. 318931)
WASHINGTON LAWYERS' COMMITTEE FOR
CIVIL RIGHTS & URBAN AFFAIRS
Washington, D.C. 20037-1128
11 Dupont Circle, N.W., Suite 400
Tel.: (202) 319-1000
Fax: (202) 319-1010

# 3724576_v2

3