UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DISTRICT OF COLUMBIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -and- ) | |
| ) | |
| TELMA LAZO, ET AL., ) | |
| ) | Case No. 1:06-cv-00546-EGS |
| Plaintiff Intervenors, ) | |
| v. ) | |
| ) | |
| STEVEN LONEY and ) | |
| CAROLINE CHARLES, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**CONSENT MOTION FOR A SECOND EXTENSION OF TIME FOR
DEFENDANTS TO ANSWER PLAINTIFF'S COMPLAINT – TO GIVE
THE PARTIES TIME TO COMPLETE SETTLEMENT**

Defendants Steven Loney and Caroline Charles, by undersigned counsel, with the consent of Plaintiff The District Of Columbia's counsel and pursuant to Federal Rule of Civil Procedure 6(b), respectfully move this Court to allow them an additional twenty four (24) days -- until May 18, 2006 -- to answer Plaintiff's Complaint to give the parties time to complete settlement. In support of this Motion, Defendants state as follows:

1. Defendant previously filed a consent motion seeking an extension of time until April 24, 2006 to answer Plaintiff's complaint, and indicated that Plaintiff and Defendants were engaged in settlement discussions.

2. The Court granted that motion, and Defendants' answer to Plaintiff's Complaint is due on April 24, 2006.

2

3.      Plaintiff and Defendants have reached a settlement in principle, are in the process of finalizing a written settlement agreement, and Defendants expect that Plaintiff's case will be voluntarily dismissed by May 18, 2006.

4.      In order to facilitate the settlement, Defendants respectfully request an extension until May 18, 2006, to answer Plaintiff's Complaint.

5.      Plaintiff's counsel consents to this extension of time.

6.      The present request for extension is not made for the purpose of delay.

WHEREFORE, Defendants respectfully request that this Court extend the time in which Defendants may file their answer to Plaintiff's Complaint until May 18, 2006.

Respectfully submitted,

STEVEN LONEY and CAROLINE CHARLES

By:        /s/ David M. Burns

Alan L. Balaran, Esq., Bar No. 438709
Law Office of Alan Balaran, PLLC
1717 Pennsylvania Ave., NW
Thirteenth Floor
Washington, DC 20006
Tel: (202) 466-5010
Fax: (202) 986-8477

David M. Burns, Esq., Bar No. 466167
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W., Suite 500
Washington, DC 20006-4004
(202) 463-2400
(202) 828-5393 (fax)

Dated: April 21, 2006        Attorneys for Defendants