## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DISTRICT OF COLUMBIA, )<br>)<br>Plaintiff, )<br>)<br>-and- )<br>)<br>TELMA LAZO, ET AL., )<br>)<br>Plaintiff Intervenors, )<br>v. )<br>)<br>STEVEN LONEY and )<br>CAROLINE CHARLES, )<br>)<br>Defendants. )<br>_____) | Case No. 1:06-cv-00546-EGS |

## **ORDER**

Upon consideration of the Consent Motion For A Second Extension Of Time For Defendants To Answer Plaintiff's Complaint, and for good cause shown, it is on this ____ day of _____, 2006,

ORDERED, that the motion is GRANTED, and it is further

ORDERED that Defendants shall have until May 18, 2006, to answer Plaintiff's Complaint.

SO ORDERED.

_____
The Honorable Emmet G. Sullivan

Copies to:

All counsel of record