UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DISTRICT OF COLUMBIA, | ) |
| Plaintiff, | ) |
| and | ) |
| TELMA LAZO, et al., | ) |
| Plaintiff-Intervenors | ) |
| v. | ) Case No. 1:06-cv-00546-EGS |
| STEVEN LONEY and CAROLINE CHARLES, | ) |
| Defendants. | ) |

**CONSENT MOTION TO LIFT STAY OF PROCEEDINGS
AS TO PLAINTIFF-INTERVENORS**

Plaintiff-Intervenors, by counsel, hereby move to lift the stay of proceedings as to Plaintiff-Intervenors. In support thereof, they state as follows:

1. On April 21, 2006, Defendants filed a Consent Motion for Second Extension of Time for Defendants to Answer Plaintiff's Complaint in light of the settlement reached in principle between Defendants and Plaintiff District of Columbia.

2. On April 24, 2006, by minute order, the Court granted the motion and stayed the proceedings in the case pending finalization of the parties' settlement.

3. Although Plaintiff District of Columbia and Defendants have apparently reached a settlement in principle with respect to the District of Columbia's claims against Defendants, Plaintiff-Intervenors have not reached any settlement or agreement in principle at this time with

Defendants with respect to Plaintiff-Intervenors' claims. To the extent that any settlement discussions are ongoing between Plaintiff-Intervenors and Defendants, they are not yet at a stage where any settlement agreement in principle is imminent.

4. The Consent Motion for Second Extension of Time specifically references only Defendants and Plaintiff District of Columbia, not Plaintiff-Intervenors, and should not affect timing of the proceedings in Plaintiff-Intervenors' case against Defendants. Defendants have already filed their Answer to Plaintiff-Intervenors' Complaint in Intervention, and Plaintiff-Intervenors and Defendants have been proceeding with plans for a Rule 26(f) conference before the Court's deadline of April 26, 2006.

5. Plaintiff-Intervenors have conferred through counsel with Defendants pursuant to Local Civil Rule 7(m), and Defendants consent to the relief requested in this motion.

WHEREFORE, Plaintiff-Intervenors respectfully request that the Court lift the stay of proceedings in this case as to Plaintiff-Intervenors' claims.

Dated: April 25, 2006                    Respectfully submitted,

                                         HOLLAND & KNIGHT LLP

                                         ___/s/_____

                                         Craig A. Holman (D.C. Bar No. 447852)
                                         Cecily E. Baskir (D.C. Bar No. 485923)
                                         2099 Pennsylvania Ave., N.W., Suite 100
                                         Washington, D.C. 20006
                                         Tel: (202) 955-3000
                                         Fax: (202) 955-5564

____/s/_____

Isabelle M. Thabault (D.C. Bar No. 318931)
WASHINGTON LAWYERS' COMMITTEE FOR
CIVIL RIGHTS & URBAN AFFAIRS
Washington, D.C. 20037-1128
11 Dupont Circle, N.W., Suite 400
Tel.: (202) 319-1000
Fax: (202) 319-1010

# 3738208_v1