**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE DISTRICT OF COLUMBIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| and | ) |
| | ) |
| | ) |
| TELMA LAZO, et al., | ) |
| | ) |
| Plaintiff-Intervenors | ) |
| | ) |
| v. | )    Case No. 1:06-cv-00546-EGS |
| | ) |
| STEVEN LONEY and CAROLINE CHARLES, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**ORDER**

Upon consideration of the Consent Motion to Lift Stay of Proceedings as to Plaintiff-

Intervenors, and for good cause shown, it is on this _____ day of _____, 2006,

ORDERED that the motion is GRANTED.

SO ORDERED.

_____
The Honorable Emmet G. Sullivan

Copies to:

All counsel of record

# 3742054_v1