UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DISTRICT OF COLUMBIA, | ) |
| Plaintiff, | ) |
| and | ) |
| TELMA LAZO, et al., | ) |
| Plaintiff-Intervenors | ) |
| v. | ) Case No. 1:06-cv-00546-EGS |
| STEVEN LONEY and CAROLINE CHARLES, | ) |
| Defendants. | ) |

## SCHEDULING ORDER

It is hereby ORDERED that:

I. The parties shall exchange initial disclosures pursuant to Rule 26(a)(1) on or before May 19, 2006.

II. All motions to amend the pleadings or join parties in this case shall be filed on or before July 14, 2006.

II. The deadline for completing all discovery shall be October 31, 2006. With respect to expert testimony, the initial exchange of expert witness reports and information pursuant to Federal Rule of Civil Procedure Rule 26(a)(2) shall take place on or before August 15, 2006. Any disclosures related to rebuttal experts under Rule 26(a)(2)(C) shall take place on or before September 22, 2006.

III. The deadline for filing dispositive motions shall be November 30, 2006. The deadline for filing oppositions or replies shall be in accordance with the Court's local rules.

IV. A pretrial conference shall be held 60 days after the Court resolves all dispositive motions.

- 2 -

V.	A date for trial shall set at the pretrial conference.

ENTERED this _____ day of _____, 2006.


	_____
	Judge Emmet G. Sullivan
	U.S. District Court for the District of Columbia