UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DISTRICT OF COLUMBIA, )<br>)<br>Plaintiff, )<br>)<br>-and- )<br>)<br>TELMA LAZO, ET AL., )<br>)<br>Plaintiff-Intervenors )<br>)<br>v. )<br>)<br>STEVEN LONEY, ET AL., )<br>)<br>Defendants. )<br>_____) | Case No. 1:06-cv-00546-EGS |

NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

　　Please enter the appearance of Joel D. Armstrong as the counsel in this case for the District of Columbia.

May 18, 2006　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　ROBERT J. SPAGNOLETTI
　　　　　　　　　　　　　　　　　　Attorney General for the District of Columbia

　　　　　　　　　　　　　　　　　　DAVID M. RUBENSTEIN
　　　　　　　　　　　　　　　　　　Deputy Attorney General, Public Safety Division


　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　BRENDA WALLS
　　　　　　　　　　　　　　　　　　Bar No. 370940
　　　　　　　　　　　　　　　　　　Chief, Civil Enforcement Section


　　　　　　　　　　　　　　　　　　____/s/ Joel D. Armstrong_____
　　　　　　　　　　　　　　　　　　JOEL D. ARMSTRONG
　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　Bar No. 467113

Suite 450-North
441 4th Street, N.W.
Washington, D.C. 20001
(202) 727-6211
(202) 727-6546 (fax)
Email: joel.armstrong@dc.gov

_____
WALTER ADAMS
Assistant Attorney General
Bar No. 459131
Suite 450-North
441 4th Street, N.W.
Washington, D.C. 20001
(202) 727-6262
(202) 727-6546 (fax)
Email: walter.adams@dc.gov

Attorneys for District of Columbia