UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DISTRICT OF COLUMBIA, )<br>)<br>    Plaintiff, )<br>)<br>-and- )<br>)<br>TELMA LAZO, ET AL., )<br>)<br>    Plaintiff-Intervenors )<br>)<br>    v. )<br>)<br>STEVEN LONEY, ET AL., )<br>)<br>    Defendants. )<br>_____ ) | Case No. 1:06-cv-00546-EGS |

NOTICE OF DISMISSAL

Plaintiff, the District of Columbia ("District"), by and through its attorneys, the Office of the Attorney General for the District of Columbia, respectfully files this Notice of Dismissal and hereby dismisses its claims in the above-captioned action pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. The District also requests that this Court dismiss the District as a party in the above-captioned action.

May 18, 2006                          Respectfully submitted,

                                          ROBERT J. SPAGNOLETTI
                                          Attorney General for the District of Columbia

                                          DAVID M. RUBENSTEIN
                                          Deputy Attorney General, Public Safety Division


                                          _____
                                          BRENDA WALLS
                                          Bar No. 370940
                                          Chief, Civil Enforcement Section

   /s/ Joel D. Armstrong
JOEL D. ARMSTRONG
Assistant Attorney General
Bar No. 467113
Suite 450-North
441 4th Street, N.W.
Washington, D.C. 20001
(202) 727-6211
(202) 727-6546 (fax)
Email: joel.armstrong@dc.gov

_____

WALTER ADAMS
Assistant Attorney General
Bar No. 459131
Suite 450-North
441 4th Street, N.W.
Washington, D.C. 20001
(202) 727-6262
(202) 727-6546 (fax)
Email: walter.adams@dc.gov

Attorneys for District of Columbia