UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DISTRICT OF COLUMBIA, )<br>)<br>Plaintiff, )<br>)<br>and )<br>)<br>TELMA LAZO, et al., )<br>)<br>Plaintiff-Intervenors )<br>)<br>v. )<br>)<br>STEVEN LONEY and )<br>CAROLINE CHARLES, )<br>)<br>Defendants. ) | Case No. 1:06-cv-00546-EGS |

**PLAINTIFFS-INTERVENORS' INITIAL DISCLOSURES
PURSUANT TO RULE 26(a)(1)**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff-Intervenors hereby make the following initial disclosures to Defendants Steven Loney and Caroline Charles:

1.   **Rule 26(a)(1)(A): Individuals**

Plaintiff-Intervenors believe that the following individuals may have discoverable information as to the specific subjects listed below that Plaintiff-Intervenors may use to support their claims or defenses.

| **Individual** | **Subject** |
|---|---|
| Steven Loney<br>1434 Somerset Place, N.W. #204<br>Washington, DC 20011 | Witnessed and/or participated in portion of events set forth in complaint in intervention |

| | |
|---|---|
| **Caroline Charles**<br>1434 Somerset Place, N.W. #204<br>Washington, DC 20011 | Witnessed and/or participated in portion of events set forth in complaint in intervention |
| **Telma Lazo**<br>710 Jefferson Street, N.W.<br>Apt. B-2<br>Washington, DC 20011<br>(202) 722-2483 | Witnessed portion of events set forth in complaint in intervention; knowledge of harm suffered. |
| **Juan Francisco Lazo**<br>710 Jefferson Street, N.W.<br>Apt. B-2<br>Washington, DC 20011<br>(202) 722-2483 | Witnessed portion of events set forth in complaint in intervention; knowledge of harm suffered. |
| **Vicente Lazo**<br>710 Jefferson Street, N.W.<br>Apt. B-1<br>Washington, DC 20011 | Witnessed portion of events set forth in complaint in intervention; knowledge of harm suffered. |
| **Jose Bonilla**<br>710 Jefferson Street, N.W.<br>Apt. 13<br>Washington, DC 20011<br>(202) 545-9169 | Witnessed portion of events set forth in complaint in intervention; knowledge of harm suffered. |
| **Maria Ascencio**<br>710 Jefferson Street, N.W.<br>Apt. 13<br>Washington, DC 20011<br>(202) 545-9169 | Witnessed portion of events set forth in complaint in intervention; knowledge of harm suffered. |
| **Carmen Carabali**<br>The Regency House<br>5201 Connecticut Ave., N.W.<br>Washington, DC 20015<br>(202) 723-9004 | Witnessed portion of events set forth in complaint in intervention; knowledge of harm suffered. |
| **Guadalupe Vasquez Rivera**<br>710 Jefferson Street, N.W.<br>Apt. 11<br>Washington, DC 20011 | Witnessed portion of events set forth in complaint in intervention; knowledge of harm suffered. |

| | |
|---|---|
| **Ermitania de Leon Reyes**<br>710 Jefferson Street, N.W.<br>Apt. 12<br>Washington, DC 20011<br>202-607-0245 | Witnessed portion of events set forth in complaint in intervention; knowledge of harm suffered. |
| **Jose Reyes**<br>710 Jefferson Street, N.W.<br>Apt. 12<br>Washington, DC 20011 | Witnessed portion of events set forth in complaint in intervention; knowledge of harm suffered. |
| **Ernestina Gomez**<br>710 Jefferson Street, N.W.<br>Apt. 23<br>Washington, DC 20011 | Witnessed portion of events set forth in complaint in intervention; knowledge of harm suffered. |
| **Maria Ponce**<br>3320 Dodge Park Road<br>Hyattsville, MD 20785<br>301-322-7864 | Witnessed portion of events set forth in complaint in intervention; knowledge of harm suffered. |
| **Mariano Ponce**<br>3320 Dodge Park Road<br>Hyattsville, MD 20785<br>301-322-7864 | Witnessed portion of events set forth in complaint in intervention; knowledge of harm suffered. |
| **Ana Ponce**<br>3320 Dodge Park Road<br>Hyattsville, MD 20785<br>301-322-7864 | Witnessed portion of events set forth in complaint in intervention; knowledge of harm suffered. |
| **Dinora Mejia**<br>12915 Parkland Drive<br>Rockville, MD 20853<br>(301) 933-8134 | Witnessed portion of events set forth in complaint in intervention; knowledge of harm suffered. |
| **Gloria Clark**<br>710 Jefferson Street, N.W.<br>Apt. 32<br>Washington, DC 20011 | Witnessed portion of events set forth in complaint in intervention. |
| **Harold Monroe**<br>710 Jefferson Street, N.W.<br>Apt. 22<br>Washington, DC 20011 | Witnessed portion of events set forth in complaint in intervention. |

| | |
|---|---|
| **Otis Monroe**<br>710 Jefferson Street, N.W.<br>Apt. 22<br>Washington, DC 20011 | Witnessed portion of events set forth in complaint in intervention |
| **Lashawn White**<br>(202) 352-1227 | Witnessed portion of events set forth in complaint in intervention |
| **Rabbi Bruce Kahn**<br>Equal Rights Center<br>11 Dupont Circle, Suite 400<br>Washington, D.C. 20036<br>(202) 234-3062 | Witnessed portion of events set forth in complaint in intervention; knowledge of Equal Rights Center's mission and involvement in events set forth in complaint in intervention and of harm suffered. |
| **Michael Caesar**<br>Equal Rights Center<br>11 Dupont Circle, Suite 400<br>Washington, D.C. 20036<br>(202) 234-3062 | Witnessed portion of events set forth in complaint in intervention knowledge of Equal Rights Center's mission and involvement in events set forth in complaint in intervention and of harm suffered. |
| **Daniel Sullivan**<br>Equal Rights Center<br>11 Dupont Circle, Suite 400<br>Washington, D.C. 20036<br>(202) 234-3062 | Witnessed portion of events set forth in complaint in intervention knowledge of Equal Rights Center's mission and involvement in events set forth in complaint in intervention and of harm suffered. |
| **Samuel Slosberg**<br>(703) 403-3061 | Witnessed portion of events set forth in complaint in intervention; knowledge of Equal Rights Center's mission and involvement in events set forth in complaint in intervention and of harm suffered. |
| **William Winter**<br>Department of Consumer &<br>   Regulatory Affairs<br>Housing Regulation Administration<br>Neighborhood Stabilization Program<br>P.O. Box # 37200<br>Washington, DC 20013-7200<br>202-442-4365 | Knowledge of housing violations at 710 Jefferson Street. |

| | |
|---|---|
| **Jennifer Berger**<br>Legal Aid Society of the District<br>of Columbia<br>666 Eleventh Street, N.W.<br>Suite 800<br>Washington, DC  20001-4589<br>(202) 628-1161 | Knowledge of landlord- tenant proceedings and substantial rehabilitation proceedings initiated by Defendants. |
| **Luz Maria Monte**<br>Mary's Center<br>2333 Ontario Rd, N.W.<br>Washington, DC 20009<br>(202) 483-8319 | Witnessed portion of the events set forth in complaint in intervention. |
| **Officer Juan Deleon Swann**<br>Metropolitan Police Department<br>4th District Station<br>6001 Georgia Ave., N.W.<br>Washington, DC  20011<br>(202) 576-6745 | Witnessed portion of the events set forth in complaint in intervention |

Plaintiff-Intervenors reserve the right to supplement their Rule 26(a)(1)(A) disclosures and identify additional witnesses as more information becomes available to them.

2.  **Rule 26(a)(1)(B): Documents**

Plaintiff-Intervenors have in their possession, custody, or control the following categories of documents, data compilations, and tangible things that they may use to support their claims or defenses:

- Leases, assignments of leases and rent, rent rolls, and security deposit information for tenants of 710 Jefferson Street;

- Notices and correspondence issued by Defendants to tenants of 710 Jefferson Street;

- Notices and correspondence issued by Thomas D. Walsh, Inc. to tenants of 710 Jefferson Street;

- Repair bills and receipts for work performed at 710 Jefferson Street;

- Housing violation notices issued for 710 Jefferson Street;

- Photographs of 710 Jefferson Street;

- Correspondence from Defendants to the police;

- Complaints filed by Plaintiff-Intervenors with the U.S. Department of Housing and Urban Development and the District of Columbia Office of Human Rights and related pleadings, discovery requests and responses, and correspondence;

- Landlord/tenant complaints for possession filed by Defendants and related court filings, discovery, and orders;

- Substantial rehabilitation petition filed by Defendants and related court filings, discovery, orders, and hearing tapes; and

- Time sheets, memoranda, and other documents related to the Equal Rights Center's efforts involving 710 Jefferson Street, the frustration of its mission, and the diversion of its resources.

These documents, data compilations, and tangible things are located at the offices of Plaintiff-Intervenors' attorneys at Holland & Knight LLP and the Washington Lawyers Committee for Civil Rights in Washington, DC; the residences of the individual Plaintiff-Intervenor tenants; or the office of the Equal Rights Center in Washington, DC.

3.  **Rule 26(a)(1)(C): Computation of Damages**

Plaintiff-Intervenors seek the full amount of relief available to them under the law, including but not limited to compensatory and punitive damages, injunctive relief, declaratory relief, and attorneys' costs and fees. As a result of the discriminatory and unlawful treatment they received, Plaintiff-Intervenors have suffered and continue to suffer humiliation, embarrassment, indignity, frustration, anger, depression, and outrage, and Plaintiff-Intervenor Equal Rights Center has suffered and continues to suffer frustration of mission and diversion of resources, in amounts to be determined by a jury. Plaintiff-Intervenors reserve the right to designate an expert witness on damages and disclose any relevant information on damages pursuant to the terms of Rule 26(a)(2) and the Court's Scheduling Order.

4.  **Rule 26(a)(1)(D): Insurance**

This Rule is not applicable to Plaintiff-Intervenors.

Dated: May 19, 2006                    Respectfully submitted,

By: _____

HOLLAND & KNIGHT LLP
Craig A. Holman (D.C. Bar No. 447852)
Cecily E. Baskir (D.C. Bar No. 485923)
2099 Pennsylvania Ave., N.W., Suite 100
Washington, D.C. 20006
Tel: (202) 955-3000
Fax: (202) 955-5564

WASHINGTON LAWYERS'
COMMITTEE FOR CIVIL RIGHTS AND
URBAN AFFAIRS
Isabelle M. Thabault (DC Bar No. 318931)
11 Dupont Circle, NW, Suite 400
Washington, DC 20036
Voice: 202-319-1000, x118
Fax: 202-319-1010

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's Initial Disclosures Pursuant to Rule 26(a)(1) was served by U.S. Mail this 19th day of May 2006 on:

>Alan Balaran
>Law Office of Alan Balaran, PLLC
>1717 Pennsylvania Ave., NW
>Thirteenth Floor
>Washington, DC 20006
>
>David M. Burns
>Seyfarth Shaw
>815 Connecticut Avenue, N.W., Suite 500
>Washington, DC 20006

Cecily E. Baskir

# 3747664_v1