**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| TELMA LAZO, *et al.*, | ) | |
| | ) | |
| Plaintiff-Intervenors, | ) | |
| v. | ) | |
| | ) | Case No. 1:06-cv-00546-EGS |
| STEVEN LONEY and | ) | |
| CAROLINE CHARLES, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**JOINT MOTION TO STAY LITIGATION**

Plaintiff-Intervenors and Defendants, by their undersigned counsel, request that this litigation be stayed.  The parties have reached a settlement and are in the process of taking certain actions pursuant to the settlement agreement.  Upon and assuming completion of such actions, the parties have agreed to file a stipulation of dismissal with prejudice.  The parties expect to file the stipulation of dismissal by no later than October 30, 2006.

DC1 30172888.1

To assist in effectuating their settlement, the parties respectfully request that this litigation be stayed.

Respectfully submitted,
PLAINTIFF-INTERVENORS

By: ___/s/ Craig A. Holman_____
    Craig A. Holman (D.C. Bar No. 447852)
    HOLLAND & KNIGHT LLP
    2099 Pennsylvania Ave., N.W., Suite 100
    Washington, D.C.  20006
    Tel: (202) 955-3000
    Fax: (202) 955-5564

    Isabelle M. Thabault (D.C. Bar No. 318931)
    WASHINGTON LAWYERS' COMMITTEE
    FOR CIVIL RIGHTS & URBAN AFFAIRS
    Washington, D.C. 20037-1128
    11 Dupont Circle, N.W., Suite 400
    Tel.: (202) 319-1000
    Fax: (202) 319-1010

    Attorneys for Plaintiff-Intervenors

Respectfully submitted,
DEFENDANTS

By:___/s/ Alan Balaran___/s/ David M. Burns___
    Alan L. Balaran, Esq., Bar No. 438709
    Law Office of Alan Balaran, PLLC
    1717 Pennsylvania Ave., NW
    Thirteenth Floor
    Washington, DC 20006
    Tel:  (202) 466-5010
    Fax: (202) 986-8477

    David M. Burns, Esq., Bar No. 466167
    SEYFARTH SHAW LLP
    815 Connecticut Avenue, N.W., Suite 500
    Washington, DC 20006-4004
    (202) 463-2400
    (202) 828-5393 (fax)

Dated: September 13, 2006          Attorneys for Defendants