## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TELMA LAZO, *et al.*,  )<br>  )<br>        Plaintiff-Intervenors, )<br>v.  )<br>  )<br>STEVEN LONEY and  )<br>CAROLINE CHARLES,  )<br>  )<br>        Defendants.  )<br>_____ ) | Case No. 1:06-cv-00546-EGS |

### ORDER

Upon consideration of the parties' Joint Motion To Stay Litigation, and for good cause shown, it is on this ____ day of _____, 2006,

ORDERED, that the motion is GRANTED, and it is further

ORDERED that this litigation be and hereby is STAYED.

SO ORDERED.

_____
The Honorable Emmet G. Sullivan

Copies to:

All counsel of record