UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TELMA LAZO, *et al.*,            )<br>                                 )<br>          Plaintiffs,           )<br>                                 )<br>     v.                          )<br>                                 )<br> STEVEN LONEY and                 )<br> CAROLINE CHARLES                 )<br>                                 )<br>          Defendants.           )<br>                                 ) | Civil Action No. 06-546<br>(EGS) |

## O R D E R

Upon consideration of the representations of counsel that a settlement has been reached between the parties, it is hereby

**ORDERED** that this case shall be removed from the active calendar of the Court, and it is

**FURTHER ORDERED** that by no later than **October 30, 2006,** a praecipe shall be filed with the Court informing the Court that this case is settled and dismissed with prejudice; and it is

**FURTHER ORDERED** that in the unlikely event a settlement is not reached, the parties are instructed to contact the Court to reinstate the matter to the active calendar.

**SIGNED:   EMMET G. SULLIVAN**
          **UNITED STATES DISTRICT JUDGE**
          **September 14, 2006**