# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TELMA LAZO, *et al.*,            \| | |
|     Plaintiff-Intervenors,   \| | |
|                        \| | CIVIL ACTION |
|     v.                    \| | NO. 06-0546 (EGS/JMF) |
|                        \| | |
| STEVEN LONEY AND       \| | |
| CAROLINE CHARLES,      \| | |
|     Defendants.         \| | |

## SECOND NOTICE OF APPEARANCE

Craig A. Holman, of the law firm of Holland & Knight LLP, hereby files this second notice of appearance (electronic) in the above-captioned action as counsel to Plaintiff-Intervenors Jose Bonilla, Carmen Carabali, Ernestina Gomez, Juan Francisco Lazo, Telma Lazo, Vicente Lazo, Dinora Mejia, Maria Ponce, Mariano Ponce, Ermitania de Leon Reyes, Guadalupe Vasquez Rivera, and the Equal Rights Center. Mr. Holman has previously entered his appearance (and appeared in this action) but is doing so again by this filing for purposes of updating the Court's electronic filing system.

Dated: September 29, 2006           Respectfully submitted,

                                     HOLLAND & KNIGHT LLP

                                     /s/ Craig A. Holman
                                     Craig A. Holman (D.C. Bar No. 447852)
                                     2099 Pennsylvania Ave., N.W., Suite 100
                                     Washington, D.C. 20006
                                     Tel: (202) 955-3000
                                     Fax: (202) 955-5564

# 4068426_v1