UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TELMA LAZO, *et al.*,<br>　　　Plaintiff-Intervenors,<br><br>v.<br><br>STEVEN LONEY AND<br>CAROLINE CHARLES,<br>　　　Defendants. | CIVIL ACTION<br>NO. 06-0546 (EGS/JMF) |

## NOTICE OF WITHDRAWAL

Pursuant to Local Civil Rule 83.6, the Court is hereby requested to withdraw Cecily E. Baskir as counsel for Plaintiff-Intervenors Telma Lazo, Juan Francisco Lazo, Vicente Lazo, Carmen Carabali, Guadalupe Vasquez Rivera, Ermitania de Leon Reyes, Jose Bonilla, Ernestina Gomez, Maria Ponce, Mariano Ponce, Dinora Mejia, and the Equal Rights Center ("ERC") (collectively "Plaintiffs") in the above-captioned case. As of October 4, 2006, Ms. Baskir will no longer be with the firm of Holland & Knight LLP. Plaintiffs will continue to be represented by Craig A. Holman and the law firm of Holland & Knight LLP.

October 3, 2006　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　BY: ___/s/_____
　　　　　　　　　　　　　　　　　　　Cecily E. Baskir (D.C. Bar No. 485923)
　　　　　　　　　　　　　　　　　　　Craig A. Holman (D.C. Bar No. 447852)
　　　　　　　　　　　　　　　　　　　2099 Pennsylvania Ave. NW
　　　　　　　　　　　　　　　　　　　Suite 100
　　　　　　　　　　　　　　　　　　　Washington, D.C.　　20006
　　　　　　　　　　　　　　　　　　　Tel: (202) 955-3000

　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff-Intervenors