UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TELMA LAZO, *et al.*, ) | |
| ) | |
| Plaintiff-Intervenors, ) | |
| v. ) | |
| ) | Case No. 1:06-cv-00546-EGS |
| STEVEN LONEY and ) | |
| CAROLINE CHARLES, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff-Intervenors and Defendants, by their undersigned counsel and pursuant to the settlement agreement of the parties, stipulate to dismiss, on the merits and with prejudice, the above-captioned action pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Respectfully submitted,

PLAINTIFF-INTERVENORS

By:   /s/ Craig A. Holman
    Craig A. Holman (D.C. Bar No. 447852)
    HOLLAND & KNIGHT LLP
    2099 Pennsylvania Ave., N.W., Suite 100
    Washington, D.C. 20006
    Tel: (202) 955-3000
    Fax: (202) 955-5564

    Isabelle M. Thabault (D.C. Bar No. 318931)
    WASHINGTON LAWYERS' COMMITTEE
    FOR CIVIL RIGHTS & URBAN AFFAIRS
    Washington, D.C. 20037-1128
    11 Dupont Circle, N.W., Suite 400
    Tel.: (202) 319-1000
    Fax: (202) 319-1010

    Attorneys for Plaintiff-Intervenors

2

        Respectfully submitted,

        DEFENDANTS

By:   /s/ Alan Balaran   /s/ David M. Burns
     Alan L. Balaran, Esq., Bar No. 438709
     Law Office of Alan Balaran, PLLC
     1717 Pennsylvania Ave., NW
     Thirteenth Floor
     Washington, DC 20006
     Tel: (202) 466-5010
     Fax: (202) 986-8477

     David M. Burns, Esq., Bar No. 466167
     SEYFARTH SHAW LLP
     815 Connecticut Avenue, N.W., Suite 500
     Washington, DC 20006-4004
     (202) 463-2400
     (202) 828-5393 (fax)

Dated: October 18, 2006        Attorneys for Defendants

DC1 30174786.1